## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Stanley L | Case Number:  06 B 01439 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/29/08 | Filed:  2/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  July 3, 2008

Confirmed:  April 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,300.00 | |
| Secured: | | 10,262.86 |
| Unsecured: | | 2,177.64 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 815.07 |
| Other Funds: | | 344.43 |
| Totals: | 15,300.00 | 15,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G  Lawson | Administrative | 1,700.00 | 1,700.00 |
| 2. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 4,204.33 | 4,204.33 |
| 4. | Countrywide Home Loans Inc. | Secured | 12,117.00 | 6,058.53 |
| 5. | Asset Acceptance | Unsecured | 18.48 | 184.77 |
| 6. | New Age Chicago Furniture Co | Unsecured | 0.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 140.31 | 1,403.05 |
| 8. | Jefferson Capital | Unsecured | 58.98 | 589.82 |
| 9. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | Universal Underwriters | Unsecured | | No Claim Filed |
| 13. | ShoreBank | Unsecured | | No Claim Filed |
| | | | $ 18,239.10 | $ 14,140.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 98.99 |
| 5% | 90.01 |
| 4.8% | 172.80 |
| 5.4% | 249.62 |
| 6.5% | 203.65 |
| | $ 815.07 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Stanley L

Printed:  7/29/08

Case Number:  06 B 01439

Judge:  Hollis, Pamela S

Filed:  2/16/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

